TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
GREGORY W. STAPLES (Cal. Bar No. 155505)
KEVIN Y. FU (Cal. Bar No. 319465)
Assistant United States Attorneys
Orange County Office
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (213) 308-7602
    Facsimile:  (714) 338-3561
    E-mail:    Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 1 2026

CENTRAL DISTRICT OF CALIFORNIA
                                 DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MAHENDER MAKHIJANI,<br><br>              Defendant. | No. 8:26-mj-387-DUTY<br><br>GOVERNMENT'S MOTION TO LIFT STAY OF COURT'S RELEASE ORDER AND FOR _NEBBIA_ HEARING |

     Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Kevin Y. Fu and Gregory W. Staples, hereby requests that the Court lift the

//
//
//
//
//
//

stay of its release order and order a Nebbia hearing pursuant to 18 U.S.C. § 3142(g)(4).  This motion is based on the attached memorandum of points and authorities.

Dated: June 11, 2026                    Respectfully submitted,

                                        TODD BLANCHE
                                        Acting Attorney General

                                        BILAL A. ESSAYLI
                                        First Assistant United States
                                        Attorney

                                        JENNIFER L. WAIER
                                        Chief Assistant United States
                                        Attorney &
                                        Acting Chief, Criminal Division


                                        _____/s/_____
                                        KEVIN Y. FU
                                        GREGORY W. STAPLES
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 10, 2026, the Court held a detention hearing for defendant Mahender Makhijani ("defendant"), after which the Court issued a release order. At the government's request, the Court stayed its release order until June 12, 2026, to provide the government an opportunity to appeal the Court's release order. The government has determined that it will not appeal the Court's release order. Accordingly, the government respectfully requests that the Court lift the stay of its order.

The government concurrently moves for a Nebbia hearing pursuant to 18 U.S.C. § 3142(g)(4) so that the Court may conduct an inquiry into the source of any funds or assets offered to secure defendant's bond. As discussed at the detention hearing, defendant is alleged to have stolen $100 million and has been accused of other fraudulent conduct. He has also moved funds and assets among various entities. As a result, it would be appropriate for the Court to hold a Nebbia hearing to evaluate the suitability of funds or assets offered to secure defendant's bond.